DAYLE ELIESON
United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
andrew.duncan@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEBE GOSHU,<br><br>Defendant. | 2:07-MJ-00693-PAL<br><br>**MOTION TO DISMISS CASE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on October 2, 2007.

**DATED** this 9th day of April, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

*/s/ Andrew W. Duncan*
_____
ANDREW W. DUNCAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABEBE GOSHU,<br><br>　　　　　Defendant. | 2:07-MJ-00693-PAL<br><br>**ORDER ON MOTION TO DISMISS CASE** |

　　　This matter coming before the Court on a Motion to Dismiss, the Court having considered the matter, and good cause showing, the Court accepts the Motion to Dismiss.

　　　**WHEREFORE, IT IS HEREBY ORDERED** that leave of Court is granted for the filing of the foregoing dismissal.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.

Entered: April 10, 2018